FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  PLAINTIFF(S) | CASE NUMBER **8:22mj360-DUTY**  1:22-cr-00129-DAD-BAM |
| v. |  |
| Apryl Jalise Weston  DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: **US District Court**
in the **Eastern** District of **California** on **05/15/2022**
at **1000** ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about **June 2020**
in violation of Title **18** U.S.C., Section(s) **1349 & 1028A(a)(1) & 2**
to wit: **Conspiracy to commit mail fraud, aggravated identity theft & aiding and abetting**

A warrant for defendant's arrest was issued by: **Hon Judge Sheila Oberto**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): **Indictment, arrest warrant, sealing order**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **5/17/2022**
          Date

_____          **Justin Dasher**
Signature of Agent                                      Print Name of Agent

**FBI**                                                           **Special Agent**
Agency                                                      Title